No. 07-14-00216-CV

| | | |
|---|---|---|
| Bert Wallace | § | From the 39th District Court |
|   Appellant | |   of Kent County |
| | § | |
| v. | | April 13, 2016 |
| | § | |
| Kent County, Texas | | Opinion by Justice Pirtle |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 13, 2016, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o